469 F.2d 1394
 73-1 USTC P 9179
 Lillian MONDSHEIN, as Administratrix of the Estate of
Benjamin Mondshein, and Lillian Mondshein, Appellants,
v.
UNITED STATES of America, Appellee.
 No. 201, Docket 72-1125.
 United States Court of Appeals,
Second Circuit.
 Argued Jan. 8, 1973.
Decided Jan. 8, 1973.
 
 Joseph P. Hoey, New York City (Amen, Weisman & Butler, New York City, on the brief), for appellants.
 William M. Brown, Atty., Tax Div., Dept. of Justice, Washington, D. C. (Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Richard W. Perkins, Attys., Tax Div., Dept. of Justice, Washington, D. C., Robert Morse, U. S. Atty., E. D. N. Y., on the brief), for appellee.
 Before LUMBARD, KAUFMAN and MANSFIELD, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment on Judge Mishler's opinion below, 338 F.Supp. 786 (E.D.N.Y.1971).